**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Sylvia Wiley<br><br>Debtor(s) | Case No. 13-33946 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/26/2013.

2) The plan was confirmed on 12/11/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/09/2014.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 13-33946 Doc 41 Filed 10/21/14 Entered 10/21/14 16:47:30 Desc Main
Document Page 2 of 4

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | | $3,946.00 |
| Less amount refunded to debtor | | $0.00 |
| **NET RECEIPTS:** | | **$3,946.00** |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | | $565.18 |
| Court Costs | | $0.00 |
| Trustee Expenses & Compensation | | $201.25 |
| Other | | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$766.43** |
| Attorney fees paid and disclosed by debtor: | $133.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALTAIR OH XIII LLC | Unsecured | 760.00 | 760.09 | 760.09 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 0.00 | 85.32 | 85.32 | 0.00 | 0.00 |
| Atg Credit | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 619.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 619.00 | 619.12 | 619.12 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 471.00 | 470.76 | 470.76 | 0.00 | 0.00 |
| Cda/pontiac | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| Cda/pontiac | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 1,490.00 | 1,490.00 | 0.00 | 0.00 |
| Chrysler Credit/TD Auto Finance | Unsecured | 1,682.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 760.00 | 1,312.39 | 1,312.39 | 0.00 | 0.00 |
| CRAWFORD ESTATES CONDOMINIUI | Secured | NA | 1,035.20 | 1,035.20 | 0.00 | 0.00 |
| Edfinancial Services L | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB/JC Penny | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Assoc Cr Un | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IC System, Inc. | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 29.18 | 29.18 | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| Integrity Solution Ser | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| Integrity Solution Ser | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| Integrity Solution Ser | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Integrity Solution Ser | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| Integrity Solution Ser | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| Integrity Solution Ser | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 695.00 | 695.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 25,274.00 | 24,698.93 | 24,698.93 | 3,090.19 | 89.38 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 838.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 853.00 | 852.90 | 852.90 | 0.00 | 0.00 |
| Nationwide Acceptance | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE LOANS LLC | Unsecured | NA | 427.74 | 427.74 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 2,501.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 535.00 | 534.77 | 534.77 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 500.00 | 500.05 | 500.05 | 0.00 | 0.00 |
| SENEX SERVICES | Unsecured | 403.00 | 892.12 | 892.12 | 0.00 | 0.00 |
| SENEX SERVICES | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| SENEX SERVICES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Shell Oil / Citibank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SUMMIT DIGESTIVE LIVER DISEASE | Unsecured | 462.00 | 539.55 | 539.55 | 0.00 | 0.00 |
| Tate & Kirlin Assoc | Unsecured | 1,258.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 482.00 | 482.54 | 482.54 | 0.00 | 0.00 |
| THE BANK OF NEW YORK MELLON | Secured | 72,732.00 | 149,149.10 | 0.00 | 0.00 | 0.00 |
| THE BANK OF NEW YORK MELLON | Secured | NA | 59,914.56 | 0.00 | 0.00 | 0.00 |
| THE BANK OF NEW YORK MELLON | Unsecured | 80,111.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | 2,846.45 | 2,846.45 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,698.93 | $3,090.19 | $89.38 |
| All Other Secured | $1,035.20 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$25,734.13** | **$3,090.19** | **$89.38** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$12,537.98** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $766.43 |
| Disbursements to Creditors | $3,179.57 |
| **TOTAL DISBURSEMENTS** : | **$3,946.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/21/2014        By: /s/ Tom Vaughn
                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**